UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Mary W. Downing**
S.S. No.: xxx-xx-9740
Mailing Address: 1203 Moreland Avenue, Durham, NC 27707-

Case No. 09-81167

Debtor.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on July 15, 2009.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: July 30, 2009

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 7/2/09
**Lastname-SS#:** Downing-9740

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | HSBC (Daughter Pays) | 7 | 2004 Toyota Rav 4 |
| | | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | Beneficial | 1 | $3,808 | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Beneficial | 1 | $952 | N/A | n/a | $952.00 | House and Land |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | CitiFinancial | 8 | $3,667 | 6.00 | $37 | $72.60 | 2000 Chrysler T&C |
| | | | | 6.00 | | | |
| | | | | 6.00 | | | |
| | | | | 6.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | HSBC Auto Finance | 8 | $7,397 | 6.00 | $59 | $146.44 | 2005 Toyota Corolla |
| | | | | 6.00 | | | |
| | | | | 6.00 | | | |
| | | | | 6.00 | | | |
| | | | | 6.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,346** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **9.06** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE

(Page 4 of 4)

Ch13Plan_MD_(New_DeSardi) (6/24/09) © John T. Orcutt

### Other Miscellaneous Provisions

Plan to allow for 3 "waivers".

## CERTIFICATE OF SERVICE

I, Charlene Free, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Charlene Free
Charlene Free

| | | |
|---|---|---|
| North Carolina Department of Revenue<br>c/o NC Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | Credit One Bank<br>585 South Pilot Street<br>Las Vegas, NV 89119 |
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | Barclays Bank<br>100 South West Street<br>Wilmington, DE 19801 | Durham County Tax Collector<br>Post Office Box 3397<br>Durham, NC 27701 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | Beneficial HSBC Group<br>P O Box 5233<br>Carol Stream, IL 60197-5233 | HSBC Auto Finance<br>Post Office Box 60179<br>City Of Industry, CA 91716-0179 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Chase *<br>Post Office Box 15298<br>Wilmington, DE 19850-5298 | HSBC Auto Finance<br>Post Office Box 5218<br>Carol Stream, IL 60197-5218 |
| Internal Revenue Service**<br>Post Office Box 21126<br>Philadelphia, PA 19114-0326 | Child Support Enforcement<br>Post Office Box 20800<br>Raleigh, NC 27619-0800 | HSBC Auto Finance<br>Post Office Box 17914<br>San Diego, CA 92177-7914 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Citifinancial<br>3604 University Drive<br>Durham, NC 27707 | Juniper Bank<br>Post Office Box 8802<br>Wilmington, DE 19899-8802 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Credit Bureau of Greensboro**<br>Post Office Box 26140<br>Greensboro, NC 27402-0040 | Juniper Bank<br>Post Office Box 13337<br>Philadelphia, PA 19101-3337 |
| Innovis Data Solutions<br>Attn: Consumer Assistance<br>P.O. Box 1534<br>Columbus, OH 43216-1534 | Credit One Bank<br>Post Office Box 80015<br>Los Angeles, CA 90080-0015 | Law Offices of John T. Orcutt<br>6616-203 Six Forks Road<br>Raleigh, NC 27615 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Credit One Bank<br>Post Office Box 98873<br>Las Vegas, NV 89193 | NC Department of Revenue<br>Post Office Box 25000<br>Raleigh, NC 27640-0002 |

NC Specialty Hospital
1110 West Main Street
Durham, NC 27701


NC Specialty Hospital
Post Office Box 15819
Durham, NC 27704


Orchard Bank
c/o Household Credit Services
Post Office Box 5222
Carol Stream, IL 60197-5222


Regional Surgical Associates
Post Office Box 15698
Durham, NC 27704-0698


SLC
701 East 60th Street North
Sioux Falls, SD 57104-0432


Time Warner Cable
101 Innovation Avenue
Suite 100
Morrisville, NC 27560-8586