Form 210A (12/09)

# United States Bankruptcy Court

__Middle__ District Of __North Carolina__

In re __Mary W. Downing__, Case No. __09-81167__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__Santander Consumer USA__  __HSBC Auto Finance__
Name of Transferee           Name of Transferor

Name and Address where notices to transferee should be sent:

P.O. Box 560284
Dallas, TX 75356

Phone: __888-437-4846__
Last Four Digits of Acct #:

Court Claim # (if known): __3-1__
Amount of Claim: __7668.62__
Date Claim Filed: __08/05/2009__

Phone: __888-437-4846__
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Santander Consumer USA
P.O. Box 560284, Dallas, TX 75356
Phone: __888-437-4846__
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Jackie Allison__                Date: __12/15/2010__
  Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.