UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) ) | |
| MARY W. DOWNING | ) | CASE NO. 09-81167 |
| DEBTOR | ) ) | CHAPTER 13 |

OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN
AND MOTION TO DISMISS

    **COMES NOW** Beneficial Mortgage Company of North Carolina, a secured creditor, by and through counsel, Brock and Scott, PLLC, hereby requests that this matter be heard at the scheduled hearing as Counsel has just been retained to handle this matter and needs time to gather information to resolve matter.

Beneficial requests this matter be denied.

This, the 19th day of September, 2011

                                                        BROCK AND SCOTT, PLLC

                                                         /s/Sean M. Corcoran
                                                         Sean M. Corcoran
                                                         Attorney for Beneficial Mortgage Company
                                                         5121 Parkway Plaza Drive, Suite 300
                                                         Charlotte, NC 28217
                                                         (704) 369-0676
                                                         State Bar Number 33387

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) ) | |
| MARY W. DOWNING | ) | CASE NO. 09-81167 |
| DEBTOR | ) ) ) | CHAPTER 13 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the RESPONSE in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Mary W. Downing
1203 Moreland Ave.
Durham, NC 27707

John T. Orcutt
Via electronic delivery only

Mr. Richard M. Hutson, II
Via electronic delivery only

This 19th day of September, 2011.

                Brock and Scott, PLLC

                /s/ Sean M. Corcoran
                Sean M. Corcoran
                Attorney for Beneficial Mortgage Company
                Brock & Scott, PLLC
                5121 Parkway Plaza Drive, Suite 300
                Charlotte, NC 28217
                (704) 369-0676
                Bar No.: 33387